No. 46200.—Protest 23535–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J.   It was stipulated by counsel that the silk mufflers in question are the same in all material respects as those the subject of Abstract 44055.   The claim at 60 percent under paragraph 1209 was therefore sustained. In accordance with stipulation of counsel and on the authority of *Bullocks* v.

*United States* (6 Cust. Ct. 110, C. D. 441) it was held that the merchandise was not subject to bounty.